IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANNIE FUNK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-773 |
| PROCONEX, INC. | : | |

## ORDER

AND NOW, this 3rd day of June, 2009, "Plaintiff's Motion to Remand" (docket no. 4), including plaintiff's request for an award of attorneys' fees and costs, is denied. Defendant's request for sanctions is also denied.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.